# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

AFSAR AMIN-AKBARI,

    Plaintiff,

vs.

WAL-MART STORES, INC.,

    Defendant.

2:16-cv-00729-JAD-VCF

**ORDER**

The Court has been notified that the parties have reached a settlement agreement.  (ECF No. 14).

Accordingly,

IT IS HEREBY ORDERED that the motion to extend time regarding discovery (ECF No. 12) is DENIED as moot.

IT IS FURTHER ORDERED that the proposed stipulation and order for dismiss must be filed on or before November 14, 2016.

DATED this 28th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE