1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  RYAN M. KERBOW
   Nevada Bar No.11403
3  **PHILLIPS, SPALLAS & ANGSTADT LLC**
   504 South Ninth Street
4  Las Vegas, Nevada 89101
   (702) 938-1510
5  bentzminger@psalaw.net
6  rkerbow@psalaw.net

7  *Attorneys for Defendant*
8  *Sam's West, Inc.*

UNITED STATES DISTRICT COURT

9  DISTRICT OF NEVADA

10

11 AFSAR AMIN-AKBARI,                    Case No.: 2:16-cv-00729-JAD-VCF

              Plaintiff,               **STIPULATION AND ORDER FOR**
12                                     **DISMISSAL WITH PREJUDICE**
   v.

13 WAL-MART STORES, INC., dba SAM'S
   CLUB #6261, DOES I through X, inclusive and
14 ROE CORPORATIONS I through X, inclusive,

15            Defendants.

16

17         IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

18 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

19

20

21

22

23

24

25

26

27

28

- 1 -

party's own costs and attorney's fees.

DATED this 17th day of October, 2016.

DATED this 17th day of October, 2016.

**ERIC FITTING & ASSOCIATES**

**PHILLIPS, SPALLAS & ANGSTADT**

Eric Fitting, Esq.
1640 E. Sahara Avenue, Suite A
Las Vegas, NV 89104
*Attorneys for Plaintiff*
*Afsar Amin-Akbari*

Ryan Kerbow, Esq.
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## <u>ORDER</u>

Based on the parties' stipulation, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated:  October 18, 2016.

_____
UNITED STATES DISTRICT JUDGE